Mallory and others, as executors, etc., against the Virgina Hot Springs Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 961) granted.

MARKOWITZ v. E. J. WILE CO. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Morris Markowitz against the E. J. Wile Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 142 N. Y. Supp. 1130.

MARKOWITZ v. E. J. WILE CO. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Morris Markowitz against the E. J. Wile Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 142 N. Y. Supp. 1130.

MARRA v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Harry Marra against the New York Central & Hudson River Railroad Company.
PER CURIAM. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 1130) denied.
BURR, J., not voting.

MASTEN v. UPPER HUDSON STONE CO. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by George S. Masten, by Charles M. Masten, his guardian ad litem, against the Upper Hudson Stone Company. No opinion. Judgment and order unanimously affirmed, with costs.

MASTERS, Respondent, v. FROMME, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Joseph W. Masters against Addie Fromme, as executrix, etc., of Jacob Fromme, deceased. No opinion. Judgment and order affirmed, with costs.

MATTHEWS v. WHITRIDGE. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Margaret Matthews against Frederick W. Whitridge. No opinion. Motion granted, with $10 costs. Order filed.

In re WALTON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 20, 1913.) In the matter of Walton Avenue in the City of New York. No opinion. Motion granted. Order filed.

MEEKINS, Respondent, v. MAY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Thomas H. Meekins against Robert H. May and others. J. P. Cotton, Jr., of New York City, for appellants. A. E. Gutgsell, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MEHR v. LINCH. (Supreme Court, Appellate Term, First Department. June 17, 1913.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Edward J. Mehr against George W. Linch, as receiver of the Second Avenue Railroad Company. From a judgment dismissing the complaint, plaintiff appeals. Reversed, and new trial ordered. Edward D. Newman, of New York City, for appellant. Charles E. Chalmers, of New York City, for respondent.
PER CURIAM. Under the peculiar facts of this case, we do not think that as a matter of law contributory negligence was proven. Judgment is reversed, and a new trial ordered, with costs to appellant to abide the event.

MENCZER et al., Respondents, v. MELNIKER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Charles J. Menczer and others against Jacob Melniker and others. S. H. Kugel, of New York City, for appellants. O. A. Samuels, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

METROPOLITAN TELEPHONE & TELEGRAPH CO. v. METROPOLITAN TELEPHONE & TELEGRAPH CO. OF DELAWARE. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by the Metropolitan Telephone & Telegraph Company against the Metropolitan Telephone & Telegraph Company of Delaware. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 598.

In re MEYER. (Supreme Court, Appellate Division, First Department. June 6, 1913.) In the matter of Nicholas Meyer. No opinion. Motion granted. Order filed.

MICHEL, Appellant, v. RANSOMVILLE BASKET CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by Louis Michel against the Ransomville Basket Company. No opinion. Order affirmed, with $10 costs and disbursements.

MILLS v. LELAND. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Harriet A. R. Mills against Francis L. Leland. With this case has been consolidated in this court cases bearing titles as follows: Ida Walmer v. George W. Roberts. William Crompton v. William H. Seaich. William A. L'Hommedieu v. Cesare Campanini. In re Parker St. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 156 App. Div. 597, 141 N. Y. Supp. 725.

MITCHELL v. MANY et al. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Sarah L. Mitchell, as ad-